ANNA SCHULZ et al., Respondents, v. PECK'S STATIONERS, INC., Appellant, and LEO D. HALBREICH, Doing Business as FLUSHING WINDOW CLEANING Co., Appellant-Respondent.—

Christ, P. J.,
Rabin, Hopkins, Munder and Benjamin, JJ., concur.